IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 FEB 21  A 10: 24

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:06cv151-MHT |
| FREIGHT PRO. INC., and THE ESTATE OF JAMES B. PINCKARD, | ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO ALLOW INTERPLEADER OF FUNDS

Comes now Plaintiff American General Life Insurance Company ("American General") and moves this Honorable Court for an order allowing Plaintiff to pay Two Hundred Fifty Thousand and 00/100 dollars ($250,000), plus applicable interest, into the Registry of the Court, there to abide the judgment of this Court.

Respectfully submitted this ___20th___ day of February, 2006.

_____
David P. Donahue (DON025)

Attorney for Plaintiff, American General Life Insurance Company

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 6th Avenue North
Suite 2400, AmSouth/Harbert Plaza
Birmingham, AL 35203-2618
(205) 254-1000

**PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL:**

Estate of James B. Pinckard
c/o James R. Pinkard
9692 Bent Brook Drive
Montgomery, Alabama 36117

Freight Pro. Inc.
c/o its Registered Agent
John R. Wilson
2320 Lower Wetumpka Road
Montgomery, Alabama 36110