IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AMERICAN GENERAL LIFE        )
INSURANCE COMPANY,           )
                             )
    Plaintiff,               )
                             )         CIVIL ACTION NO.
    v.                       )          2:06cv151-MHT
                             )
FREIGHT PRO. INC., and       )
THE ESTATE OF JAMES B.       )
PINCKARD,                    )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion to allow interpleader of funds (Doc. No. 2) is granted.

DONE, this the 24th day of February, 2006.

                                      /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE