IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AMERICAN GENERAL LIFE        )
INSURANCE COMPANY,           )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )    2:06cv151-MHT
                             )
FREIGHT PRO. INC., and       )
THE ESTATE OF JAMES B.       )
PINCKARD,                    )
                             )
    Defendants.              )
```

ORDER

The allegations of the plaintiff's complaint are insufficient to invoke this court's diversity-of-citizenship jurisdiction. The allegations must show that the citizenship of each plaintiff is different from that of each defendant. 28 U.S.C.A. § 1332.

The plaintiff's complaint fails to meet this standard. The plaintiff has sued defendant Estate of James B. Pinckard. "[T]he legal representative of the estate of a decedent shall be deemed to be a citizen only

of the same State as the decedent ...." 28 U.S.C.A. § 1332(c)(2). Because the complaint fails to set forth the citizenship of the decedent, the complaint does not adequately establish the ground for this court to assume jurisdiction of this matter.

It is therefore the ORDER, JUDGMENT, and DECREE of the court that the plaintiff has until March 8, 2006, to amend the complaint to allege jurisdiction sufficiently; otherwise this lawsuit shall be dismissed without prejudice.

DONE, this the 24th day of February, 2006.

       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE