AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__
NORTHERN                    DIVISION

AMERICAN GENERAL LIFE
INSURANCE COMPANY
Plaintiff
          V.
FREIGHT PRO. INC., and
THE ESTATE OF JAMES B.
PINCKARD,
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv151-MHT

TO: (Name and address of defendant)
Freight Pro. Inc.
c/o its Registered Agent John R. Wilson
2320 Lower Wetumpka Rd
Montgomery, AL 36110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
David P. Donahue
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(By) DEPUTY CLERK

DATE February 28, 2006

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify)*: _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                 Date                                    Signature of Server

_____
Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | 2-28-06 |
| Total Postage & Fees | $ | 2:06CV151 |

Sent To: Freight Pro. Inc.
c/o its Registered Agent John R. Wilson
Street, Apt. No.; or PO Box No.: 2320 Lower Wetumpka Road
City, State, ZIP+4: Montgomery, Alabama 36110

PS Form 3800, Ju[ne]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**MIDDLE** / NORTHERN DISTRICT OF **ALABAMA** DIVISION

AMERICAN GENERAL LIFE
INSURANCE COMPANY
Plaintiff
V.
FREIGHT PRO. INC., and
THE ESTATE OF JAMES B.
PINCKARD,
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv151-MHT

TO: (Name and address of defendant)
Estate of James B. Pinckard
c/o James R. Pinckard
9692 Bent Brook Drive
Montgomery, AL 36117

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
David P. Donahue
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(BY) DEPUTY CLERK

DATE February 28, 2006

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                         Signature of Server

                                                  _____
                                                  Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

2-28-06
2:06cv151

Sent To: Estate of James B. Pinckard
Street, Apt. No.; or PO Box No.: c/o James R. Pinckard
9692 Bent Brook Drive
City, State, ZIP+4: Montgomery, Alabama 36117

PS Form 3800, Ju

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.