# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 10, 2006

# NOTICE OF CORRECTION

**To:**              **All Counsel of Record**

**From:**            **Clerk's Office**

**Case Style:**      **American General Life Insurance Company v. Freight Pro, Inc., et al.**

**Case Number:**     **#2:06-cv-00151-MHT-CSC**

**Referenced Document:**   **Document #7**
                          **Amended Complaint for Interpleader**

**This notice has been docketed to enter the corrected pdf of the referenced document into the record.  The original pdf did not contain a certificate of service. The corrected pdf is attached to this notice.**