IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | CIVIL ACTION NO. 2:06cv151-MHT |
| FREIGHT PRO. INC., and THE ESTATE OF JAMES B. PINCKARD, | ) ) ) ) ) |
| Defendants. | ) |

## REPORT OF THE PARTIES' PLANNING MEETING

1   Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on April 14, 2006 and was attended by:

   a)   David P. Donahue for Plaintiff American General Life Insurance Company;

   b)   Allen C. Jones for Defendant Estate of James B. Pinckard;

2   **Pre-discovery Disclosures.**  The parties will exchange by May 5, 2006 the information required by Local Rule 26.1.

3   **Discovery Plan.**  The parties jointly propose to the court the following discovery plan:

   a)   Discovery will be needed on the following subjects:

      i)   The allegations in the Plaintiffs' Complaint;

      ii)  The allegations in the Defendant's Answer;

   b)   All discovery commenced in time to be completed by November 3, 2006.

c)     Maximum of 30 interrogatories by each party to any other party, exclusive of requests for authenticity. Maximum of 30 requests for production. Responses due 30 days after service.

d)     Maximum of 30 requests for admission by each party to any other party, exclusive of requests for authenticity. Responses due 30 days after service.

e)     Plaintiff may take a maximum of four (4) depositions for each Defendant.

       i)     Each deposition limited to maximum of 7 hours, unless extended by agreement of parties. The parties contemplate that certain key depositions may extend beyond 7 hours.

f)     Defendants may take a maximum of six (6) depositions, not to include nor limit the number of depositions of any expert witness.

       i)     Each deposition limited to maximum of 7 hours, unless extended by agreement of parties. The parties contemplate that certain key depositions may extend beyond 7 hours.

g)     Reports from retained experts under Rule 26(a)(2) due:

       i)     by June 5, 2006, if report relates to a party's affirmative claims;

       ii)     by July 5, 2006, if the report is responsive to another party's Rule 26(a)(2) report.

h)     Depositions of experts:

       i)     Defendants will take the plaintiffs' experts' depositions by August 31, 2006.

       a.     Plaintiff will take defendant's experts' depositions by September 15, 2006.

i)     Supplementations under Rule 26(e) due by September 18, 2006.

4  **Other Items.**

  a) The parties DO request a conference with the court before entry of the scheduling order.

  b) The parties request a pretrial conference on November 6, 2006.

  c) Parties should be allowed until June 30, 2006 to join additional parties or to otherwise amend the pleadings. A party has 14 days (unless granted additional leave of Court) to respond to any amended pleadings.

  d) All dispositive motions should be filed by September 8, 2006.

  e) Settlement cannot be evaluated prior to undertaking substantial discovery.

  f) Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

    i) From plaintiff(s): witnesses thirty (30) days prior to the beginning of the trial term; exhibits thirty (30) days prior to the beginning of the trial term;

    ii) From defendant(s): witnesses thirty (30) days prior to the beginning of the trial term; exhibits thirty (30) days prior to the beginning of the trial term;

  g) Parties should have 15 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

  h) The case should be ready for trial by December 11, 2006 and at this time is expected to take approximately 2 days.

Respectfully submitted, this 17th day of April 2006.

　　　　　　　　　　　　　　　　　　/s/ *David P. Donahue*_____
　　　　　　　　　　　　　　　　　　David P. Donahue

　　　　　　　　　　　　　　　　　　Attorney for Plaintiff American General Life Insurance Company

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2618
ph:  (205) 254-1000
fax: (205) 254-1999

      /s/ *Allen C. Jones*
      Allen C. Jones

Attorney for the Defendant Estate of James Pinckard

OF COUNSEL:

Allen C. Jones
Attorney at Law
202 W. Walnut Street
Troy, Alabama 36081
ph:   (334) 566-3605
fax:  (334) 566-4336