IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:06cv151-MHT |
| FREIGHT PRO. INC., and the Estate of James B. Pinckard, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that the parties' Rule 26(f) report (Doc. No. 11) is set for a status conference on April 21, 2006, at 8:30 a.m. Counsel for plaintiff is to arrange for the conference to be conducted by telephone.

DONE, this the 19th day of April, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE