# **MINUTES**

```
            IN THE UNITED STATES DISTRICT COURT FOR THE
              MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

HON.   MYRON H. THOMPSON,   JUDGE              AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   APRIL 21, 2006                AT       3:02        A.M./P.M.

DATE COMPLETED   APRIL 21, 2006                AT       3:09        A.M./P.M.

```
AMERICAN GENERAL LIFE INSURANCE    )
COMPANY                            )
                                   )
          Plaintiff                )
                                   )
     v                             )      CA No. 2:06-cv-00151-MHT
                                   )
FREIGHT PRO, INC                   )
                                   )
          Defendant/Cross Defendant )
                                   )
THE ESTATE OF JAMES B. PINCKARD    )
                                   )
          Defendant/Cross Claimant )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| Atty David Donahue | X | Atty Allen Jones |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Nicole Birch, | Sheila Carnes, | Mitchell Reisner, |
|---|---|---|
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:   STATUS CONFERENCE


3:02  p.m.      Telephone status conference commenced (on the record).
                I   Atty Jones' oral representation regarding failure to
                    appear at 8:30 a.m., as initially scheduled.
                II  Parties' representations as to status of the case;
                    scheduling order will issue; parties will try to
                    resolve the matter as soon as possible.
3:09  p.m.      Conference concluded.