IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 MAY 16  A 10: 35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) ) FREIGHT PRO. INC., and ) THE ESTATE OF JAMES B. ) PINCKARD, ) ) Defendants. ) | CIVIL ACTION NO. 2:06cv151-MHT |

## NOTICE OF DEPOSITING FUNDS

Plaintiff American General Life Insurance Company ("American General") hereby gives notice that on the 16th day of May, 2006, pursuant to this Court's granting of American General's Motion to Allow Interpleader of Funds, a check in the amount of $264,669.40, representing the proceeds plus interest of American General policy number A10103486L, was deposited into the Registry of the Court.

Respectfully Submitted,

_____
David P. Donahue (DON025)

Attorney for Plaintiff, American General Life Insurance Company

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 6th Avenue North
Suite 2400, AmSouth/Harbert Plaza
Birmingham, AL 35203-2618
(205) 254-1000

PORTRAIT.1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of May 2006, a copy of the foregoing was forwarded by U.S. Mail postage prepaid, affixed hereto, upon the following counsel of record:

Estate of James B. Pinckard
c/o James R. Pinkard
9692 Bent Brook Drive
Montgomery, Alabama 36117

Freight Pro. Inc.
c/o its Registered Agent
John R. Wilson
2320 Lower Wetumpka Road
Montgomery, Alabama 36110

_____
Of Counsel

| AMERICAN GENERAL LIFE INSURANCE COMPANY | DATE<br>05/11/2006 | CHECK NO<br>0010891097 |
|---|---|---|

CLERK OF COURT, U.S.
DISTRICT COURT
1 CHURCH STREET ROOM B110
MONTGOMERY AL 36104

| EXPLANATION | | AMOUNT |
|---|---|---|
| 40075998 | | |
| A10103486L   CHECK AMOUNT | 1460091 | 264,669.40 |
| | | |
| 1460091000 | | |
| **INSURED**<br>PINCKARD, JAMES | **POLICY NUMBER**<br>A10103486L | **CHECK AMOUNT**<br>$264,669.40 |

THIS DOCUMENT CONTAINS A CUSTOM COLORED BACKGROUND AS A SECURITY FEATURE



AMERICAN GENERAL LIFE INSURANCE COMPANY
HOUSTON    TX

ENDORSEMENT OF PAYEE INDICATES
NO BANKRUPTCY OR INSOLVENCY
PROCEEDINGS PENDING

51-44/119
Check No.: 0010891097
RFP No.: 00032854
05/11/2006

| S.S#/CORP.TAX ID NO. | POLICY/AGENT NO. | INSURED |
|---|---|---|
| 002DB | A10103486L | PINCKARD, JAMES |

PAY  TWO HUNDRED SIXTY FOUR THOUSAND SIX HUNDRED SIXTY NINE
     DOLLARS AND 40 CENTS**

**********$264,669.40
VOID AFTER NINETY DAYS

TO THE ORDER OF

CLERK OF COURT, U.S.
DISTRICT COURT
1 CHURCH STREET ROOM B110
MONTGOMERY                       AL 36104

FLEET BANK
HARTFORD                CT

AUTHORIZED SIGNATURE

⑆0010891097⑆ ⑆011900445⑆        62885⑆

AO 223A (Rev. 4/91)

TRIPLICATE
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF ALABAMA
at _____ MONTGOMERY _____

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publication |
| 322350 | Copy Fees |
| 322360 | Miscellaneous |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution of U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Filings Spec. Acct. |
| 510100 | Registry Admin. Acct. |

CASE REFERENCE:

RECEIVED FROM

DEPUTY CLERK _____

THIS IS A RECEIPT, NOT A BILL

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.