IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:06cv151-MHT |
| FREIGHT PRO. INC., and the Estate of James B. Pinckard, | ) ) ) ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that the uniform scheduling order (doc. no. 14) is amended to reflect that the trial is set for the term of court beginning on December 11, 2006.

DONE, this the 5th day of June, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE