IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AMERICAN GENERAL LIFE       )
INSURANCE COMPANY,          )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      2:06cv151-MHT
                            )          (WO)
FREIGHT PRO, INC., and      )
THE ESTATE OF JAMES B.      )
PINCKARD,                   )
                            )
     Defendants.            )
```

JUDGMENT AND INJUNCTION

It is the ORDER, JUDGMENT, and DECREE of the court that the joint motion for dismissal and discharge of further liability (doc. no. 17) is granted as follows:

(1) Plaintiff American General Life Insurance Company shall have and recover as attorneys' fees and costs the sum of $4,502.13.

(2) The proceeds of Policy No. A10103486L, plus applicable interest, should be paid to defendant Estate of James B. Pinckard.

(3) The claims regarding the benefits payable under Policy No. A10103486L asserted, or capable of being asserted, by defendants Freight Pro, Inc. and the Estate of James B. Pinckard are dismissed with prejudice.

(4) Defendants Freight Pro, Inc. and the Estate of James B. Pinckard are permanently ENJOINED from instituting or pursuing any suit or proceedings in any state or federal court for the recovery of proceeds of Policy No. A10103486L or relating in any way to plaintiff American General Life Insurance Company's action with respect to the handling of this claim.

(5) Plaintiff American General Life Insurance Company is discharged from all further liability under, or relating to, the proceeds of Policy No. A10103486L, other than as ordered by this court.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 11th day of September, 2006.**

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**